HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FERNANDO ROSALES-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-0311 LJO / SKO |
| Plaintiff, | STIPULATION **ADVANCING** STATUS CONFERENCE FOR A CHANGE OF PLEA; ORDER THEREON |
| v. | |
| FERNANDO ROSALES-ROMERO, | |
| Defendant. | Date: September 3, 2013<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Fernando Rosales-Romero, that the status conference currently set for September 30, 2013 at 8:30 a.m., **may be advanced and rescheduled to September 3, 2013 at 8:30 a.m. for a change of plea hearing before Hon. Lawrence J. O'Neill.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea September 3, 2013.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: August 26, 2013 | */s/ Mia A. Giacomazzi*<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: August 26, 2013 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Fernando Rosales-Romero |

**ORDER**

IT IS SO ORDERED.

**Dated:   August 27, 2013**          /s/  **Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

*Stipulation to Advance Hearing [PROPOSED ORDER]*          −2−